UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HOCKIN, DAVID § Case No. 14-32742
HOCKIN, CLAUDETTE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 242,701.00<br>*(Without deducting any secured claims)* | Assets Exempt: 33,793.69 |
| Total Distributions to Claimants: 4,589.32 | Claims Discharged<br>Without Payment: 12,662.70 |
| Total Expenses of Administration: 1,410.68 | |

3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 294,454.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,410.68 | 1,410.68 | 1,410.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,156.00 | 10,186.02 | 10,186.02 | 4,589.32 |
| **TOTAL DISBURSEMENTS** | $ 311,610.00 | $ 11,596.70 | $ 11,596.70 | $ 6,000.00 |

    4)  This case was originally filed under chapter 7 on 09/08/2014 . The case was pending for 10 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2015      By:/s/Peter N. Metrou, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Two wedding bands; miscellaneous jewelry | 1129-000 | 500.00 |
| Five firearms; miscellaneous hobby equipment | 1129-000 | 500.00 |
| 2007 Dodge Caliber Approximately 65,000 miles | 1129-000 | 500.00 |
| 2002 Ford Escort Approximately 35,000 miles | 1129-000 | 500.00 |
| 2003 Harley Davidson Approximately 20,000 miles | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Attn: Bankruptcy Po Box 5229 Cincinnati, OH 45201 | | 294,454.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 294,454.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| PETER N METROU | 2200-000 | NA | 40.68 | 40.68 | 40.68 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,410.68** | **$ 1,410.68** | **$ 1,410.68** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abri Credit Union 1350 W. Renwick Road Romeoville, IL 60446 | | 4,868.00 | NA | NA | 0.00 |
| | Abri Credit Union 1350 W. Renwick Road Romeoville, IL 60446 | | 2,198.00 | NA | NA | 0.00 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 6,771.00 | 7,017.02 | 7,017.02 | 3,161.52 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 3,319.00 | 3,169.00 | 3,169.00 | 1,427.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 17,156.00 | $ 10,186.02 | $ 10,186.02 | $ 4,589.32 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-32742 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HOCKIN, DAVID | | | | Date Filed (f) or Converted (c): | 09/08/14 (f) |
| | HOCKIN, CLAUDETTE | | | | 341(a) Meeting Date: | 10/06/14 |
| For Period Ending: | 07/09/15 | | | | Claims Bar Date: | 01/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 612 Woodchuck Trail, Oswego IL 60543 | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare - Bella Florida Condominium Purchased fo | 1.00 | 0.00 | | 0.00 | FA |
| 3. North Community Bank - savings | 800.00 | 0.00 | | 0.00 | FA |
| 4. ABRI Credit Union - savings | 0.00 | 0.00 | | 0.00 | FA |
| 5. ABRI Credit Union - checking | 0.00 | 0.00 | | 0.00 | FA |
| 6. West Suburban Bank - checking | 1,400.00 | 0.00 | | 0.00 | FA |
| 7. Security deposit with landlord | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous books, pictures, DVDs, CDs, etc. | 350.00 | 0.00 | | 0.00 | FA |
| 10. Necessary wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 11. Two wedding bands; miscellaneous jewelry | 1,500.00 | 0.00 | | 500.00 | FA |
| 12. Five firearms; miscellaneous hobby equipment | 1,500.00 | 0.00 | | 500.00 | FA |
| 13. Health, automobile, and term life policies | 0.00 | 0.00 | | 0.00 | FA |
| 14. Metropolitan Life - Whole life policy; Claudette H | 20,993.69 | 0.00 | | 0.00 | FA |
| 15. State Farm - Whole life insurance policy; Debtors' | 1,145.00 | 0.00 | | 0.00 | FA |
| 16. Fermi Lab 403(b) | Unknown | 0.00 | | 0.00 | FA |
| 17. Environmental Consulting work - sole proprietorshi | 0.00 | 0.00 | | 0.00 | FA |
| 18. 1999 Jeep Approximately 150,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. 2007 Dodge Caliber Approximately 65,000 miles | 4,000.00 | 0.00 | | 500.00 | FA |
| 20. 2002 Ford Escort Approximately 35,000 miles | 1,500.00 | 0.00 | | 500.00 | FA |
| 21. 2003 Harley Davidson Approximately 20,000 miles | 8,500.00 | 0.00 | | 4,000.00 | FA |
| 22. One laptop computer; One printer; miscellaneous pa | 100.00 | 0.00 | | 0.00 | FA |
| 23. One dog | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $287,439.69 | $0.00 | | $6,000.00 | $0.00 |

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010)  *(Page: 6)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-32742 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | HOCKIN, DAVID | | | Date Filed (f) or Converted (c): | 09/08/14 (f) |
| | HOCKIN, CLAUDETTE | | | 341(a) Meeting Date: | 10/06/14 |
| | | | | Claims Bar Date: | 01/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromise of assets approved- funds received.- Ready for claims review and TFR

Initial Projected Date of Final Report (TFR): 12/01/15     Current Projected Date of Final Report (TFR): 12/01/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-32742 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | HOCKIN, DAVID | | Bank Name: | Associated Bank |
| | HOCKIN, CLAUDETTE | | Account Number / CD #: | *******5231 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9538 | | | |
| For Period Ending: | 07/09/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/15 | * NOTE * | David Hockin<br>612 Woodchuck Trail<br>Oswego, IL 60543 | Compromise of assets<br>* NOTE * Properties 11, 12, 19, 20, 21 | 1129-000 | 6,000.00 | | 6,000.00 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 06/02/15 | 005001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,390.68 | 4,589.32 |
| | | | Fees 1,350.00 | 2100-000 | | | |
| | | | Expenses 40.68 | 2200-000 | | | |
| 06/02/15 | 005002 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 45.05522% | 7100-000 | | 1,427.80 | 3,161.52 |
| 06/02/15 | 005003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 45.05502% | 7100-000 | | 3,161.52 | 0.00 |

Page Subtotals 6,000.00 6,000.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-32742 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | HOCKIN, DAVID | | Bank Name: | Associated Bank |
| | HOCKIN, CLAUDETTE | | Account Number / CD #: | *******5231 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9538 | | | |
| For Period Ending: | 07/09/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.00 | 6,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - *******5231 | | 6,000.00 | 6,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 6,000.00 | 6,000.00 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00   0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*